FRANK T. CRAVEN and FREDERICK D. LINCOLN, Copartners, etc., Respondents, v. LACKAWANNA BRIDGE COMPANY, Defendant, and FERDINAND MAYER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

CHARLES H. CROWELL, Appellant, v. LEILA E. CROWELL, Respondent.— The judgment herein was apparently largely the result of the court's determination of the attitude of the parties toward each other as disclosed by their examination by the court at the termination of the trial. The differences between the parties do not impress this court as permanent or unsurmountable. On the contrary, they are largely transitory or mental, and likely to be removed by time and reflection. We think a limit should be put to the separation and that the plaintiff and defendant should attempt to live again together as husband and wife. They should have the benefit of a home, and their child should have the affection and training of both of her parents. The judgment should, therefore, be modified by limiting the separation granted thereby to one year from its date. As so modified it is affirmed, without costs. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concurred.

FRANK DOUDERA, Appellant, v. FLORENCE DOUDERA and Another, Respondents.— The affirmative proof by five witnesses who all testified before the trial court that on May 29, 1915, Mrs. Doudera gave birth to this undeveloped seven-months child after the mother's advancing pregnancy had become noticeable, was rightly accepted by the court, especially after a physical examination by a gynecologist, named by the court on plaintiff's request, did not disprove the mother's capacity to conceive and bring forth a child. No error is presented by the exception taken to the court's rulings, The judgment is affirmed, with costs to the defendant Florence Doudera and to the guardian *ad litem*. Rich, Putnam,. Kelly and Jaycox, JJ., concurred; Jenks, P. J., not voting.

GRAND COURT OF THE STATE OF NEW YORK OF THE FORESTERS OF AMERICA, Respondent, v. MINZIANTE SENESE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.